IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Zyrcuits IP LLC,

                Plaintiff,

       v.

Universal Electronics Inc.,

                Defendant.

Civil Action No. 20-1307-CFC

## ORDER

At Wilmington on this Second day of August in 2021:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Universal Electronics Inc.'s Renewed Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (D.I. 15) is **GRANTED**.

_____
CHIEF JUDGE