IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZYRCUITS IP LLC, </br></br> Plaintiff, </br></br> v. </br></br> UNIVERSAL ELECTRONICS INC., </br></br> Defendant. | C.A. No. 1:20-cv-01307-CFC |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Zyrcuits IP LLC ("Zyrcuits") and Defendant Universal Electronics Inc. ("Universal") hereby stipulate to dismiss all claims against Defendant Universal WITH PREJUDICE and all counterclaims against Plaintiff Zyrcuits WITHOUT PREJUDICE.  Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: August 16, 2021                               Respectfully submitted,

| | |
|---|---|
| **GAWTHROP GREENWOOD, PC** | **FISH & RICHARDSON P.C.** |
| */s/ David W. deBruin* </br> David W. deBruin (No. 4846) </br> 3711 Kennett Pike, Suite 100 </br> Wilmington, DE 19807 </br> Phone: 302-777-5353 </br> ddebruin@gawthrop.com </br> *Counsel for Plaintiff* | Jeremy D. Anderson (#4515) </br> 222 Delaware Ave., 17th Floor </br> Wilmington, DE 19801 </br> (302) 652-5070 Telephone </br> (302) 652-0607 Facsimile </br> janderson@fr.com </br></br> Neil J. McNabnay </br> Ricardo J. Bonilla </br> Rodeen Talebi </br> 1717 Main Street, Suite 5000 </br> Dallas, TX 45201 </br> (214) 747-5070 (Telephone) </br> (214) 747-2091 (Facsimile) </br> mcnabnay@fr.com; </br> rbonilla@fr.com; </br> talebi@fr.com </br> *Counsel for Defendant* |

1

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE